DISMISSED and Opinion Filed August 6, 2019



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00565-CV

**MIKE HARTLEY AND JANIE HARTLEY, Appellants**
**V.**
**RADIX REALTY, LLC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02863**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Before the Court is appellants' motion to dismiss the appeal. The order that is the subject

of this appeal has been set aside. Accordingly, the appeal is moot and must be dismissed. *See*

*Trulock v. City of Duncanville*, 277 S.W.3d 920, 923–24 (Tex. App.—Dallas 2009, no pet.).

We grant the motion and dismiss the appeal.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190565F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIKE HARTLEY AND JANIE
HARTLEY, Appellants

No. 05-19-00565-CV  V.

RADIX REALTY, LLC., Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-02863.
Opinion delivered by Justice Whitehill,
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee RADIX REALTY, LLC. recover its costs of this appeal from appellants MIKE HARTLEY AND JANIE HARTLEY.

Judgment entered this 6th day of August, 2019.